# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALENA KRILEY,<br><br>       Plaintiff,<br><br>vs.<br><br>       CHARLIE BROWNE,<br>JAMIE PHIFER, STAFF MEMBER<br>UNKNOWN NAME,  ALL WOMEN'S<br>CARE<br>       Defendant | Case No.:   21-cv-1176-RSM<br><br>COMPLAINT |

# COMPLAINT

# PARTIES

Plaintiff:

Alena Kriley is a citizen of Belarus and a resident of Illinois

COMPLAINT - 1

Address: 1124 Lake St, #509, Chicago IL 60301, Cook County

Defendant No.1:

Charlie Browne, MD at All Women's Care, is a citizen of Washington

Address: 9730 3rd Ave NE, #200, Seattle, WA 98115, King County

Defendant No.2:

Jamie Phifer, MD at All Women's Care, is a citizen of Washington

Address: 9730 3rd Ave NE, #200, Seattle, WA 98115, King County

Defendant No.3:

Unknown name, Staff members at All Women's Care, is citizen of

Washington

Address: 9730 3rd Ave NE, #200, Seattle, WA 98115, King County

Defendant No.4:

All Women's Care is a clinic in Seattle,WA

Address: 9730 3rd Ave NE, #200, Seattle, WA 98115, King County

COMPLAINT - 2

## JURISDICTION AND VENUE

The United States District Court for the Western District of Washington is the appropriate venue based on diversity of citizenship 28 U.S. Code paragraph 1332 because:

1) the Plaintiff is a citizen of a foreign state and a resident of Illinois and all defendants are citizens of Washington state.

2) Plaintiff prays for judgement in excess of $75,000.

   Additional basis for federal jurisdiction in this case is federal question jurisdiction.

## STATEMENT OF CLAIM

I, Plaintiff Alena Kriley, complain of the Defendants Charlie Browne MD, Jamie Phifer MD, Unknown name Staff member at All Women's Care, individually and duly authorized agents and/or apparent agents of All Women's Care and state as follow.

This action is against Defendants for:

Count 1. Wrongful death claim

Count 2. Negligence

Count 3. Gross negligence

COMPLAINT - 3

Count 4. Fraudulent Misrepresentation

Count 5. Fraudulent Concealment

Count 6. Undue influence

Count 7. Medical Battery

Count 8. Loss of chance


The cause of this action arises from August 30 and August 31, 2018. At All Women's Care Defendants performed abortion on me without disclosing material facts of the procedure and the risks and consequences of the procedure. They did not disclose that the baby was at the stage of development when it could have survived outside of the uterus after birth, natural or induced, when supported by medicine. Had I knew this fact I would have not undergo the abortion. I am suffering devastating emotional pain.  Employees did not explain to me the forms that I was given to sign and the risks and consequences of the procedure. If I was explained posibility of the devastating physical and emotional consequences I have suffered I would have not undergo the abortion. Defendants did not take appropriate patient's history and disregarded patient's history that was taken. Defendants did not consider but took advantage of my emotional and mental state, lack of knowledge in medical field, lack of understanding of medical

terms and language barrier. Defendants rushed me into abortion. When I tried to stop abortion I was told it was too late to stop it. During the abortion I was injured and suffered severe bleeding. Despite of the severe bleeding employees of the clinic did not examine me, did not call ambulance, they discharged me. As a result of Defendants actions I suffered catastrophic life changing damages. The Defendants actions caused permanent damage to my body, devastating mental anguish, constant pain, loss of normal life and ability to participate in everyday activities, it inhibits any possibility of holding employment and other activities of interest. The continues risks to my health preclude me from safely carrying more children. If I was properly informed by the Defendants that any of this could have happened I would have not undergo abortion.

As a result of the injury caused by Defendants two metal stents were implanted in my body. If I was informed that there was any chance of this happening and of the constant debilitating pain I am suffering I would have not undergo abortion.

Defendants owed a duty to me as a patient, they breached that duty, the breach of that duty injured me and caused me damages.

I, Plaintif Alena Kriley,  am filing this complaint pro se stating the cause of action briefly to be able to comply with the statute of limitations. I did not

discover several facts of Defendants misconducts until later. I did not discover immediately the harm caused by the Defendants. I will be amending my complaint to provide more details.

## DAMAGES

The Plaintiff wishes to be compensated for the devastating consequences that she suffered. For the mental anguish of loosing a child, for the pain and suffering, past and future medical expenses, for the devastating loss of ability to stand and walk for extended periods of time. For inability to lay on left side or stomach because of the pain, for inability to sleep without sleep medications due to pain. For loss of ability to work and enjoy life. For future expenses caused by Defendants.

## PRAYER FOR RELIEF

I, Plaintiff Alena Kriley, pray for judgement for compensatory damages in excess of $75,000 and for punitive damages for the outrageous misconducts.


Date of signing:                              29/30/2021

Signature of Plaintiff

Printed Name of Plaintiff              Alena Kriley

COMPLAINT - 6