UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | Case No. C21-1176RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CHARLIE BROWNE, et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. Plaintiff Alena Kriley, proceeding pro se, initiated this action against doctors Charlie Brown and Jamie Phifer and unnamed staff members at All Women's Care, a clinic in Seattle, Washington, related to an abortion procedure performed on Plaintiff on or around August 30-31, 2018. Dkt. #1. Following payment of the filing fee, Plaintiff filed her complaint on September 1, 2021. Dkt. #3. Since that time, none of the defendants have appeared in this matter.

Federal Rule of Civil Procedure 4(m) states in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER TO SHOW CAUSE - 1

Fed. R. Civ. P. 4(m).

The Court believes that one or more of the Defendants have still not been properly served under Rule 4.  Failure to timely serve is a valid basis for dismissal of this case without prejudice.

The Court needs to hear from Ms. Kriley on this issue.  In Response to this Order, Plaintiff must write a short statement telling the Court how service was accomplished and why service in this case is or is not proper.  This Response may not exceed **six (6) pages**.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above no later than **fourteen (14) days** from the date of this Order.  Plaintiff's failure to file this Response will result in dismissal of this case.

DATED this 17th day of December, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2