UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | Case No. C21-1176RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHARLIE BROWNE, et al., | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On December 17, 2021, this Court issued an Order to Show Cause directing Plaintiff to file a response regarding timely service of Defendants.  Dkt. #6.  Counsel for Defendants have since appeared with service of summons and complaint return executed entered on January 3, 2022.  The Court therefore STRIKES its previous Order to Show Cause.

DATED this 7th day of January, 2022.

RAVI SUBRAMANIAN, Clerk

By:  *s/Serge Bodnarchuk*
     Deputy Clerk

MINUTE ORDER - 1