UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE,<br><br>　　　　Defendants. | No. 2:21-cv-01176-JHC<br><br>ORDER GRANTING IN PART PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME UNDER RULE 6(B)(1)(B) |

　　This matter comes before the Court on Plaintiff's Emergency Motion for Extension of Time Under Rule 6(b)(1)(B). Dkt. # 18. Defendants oppose the motion. Dkt. # 20. The Court has considered the motion, Defendant's Response, and the file herein. Being fully advised, the Court GRANTS the motion IN PART: The Defendant's Motion to Dismiss (Dkt. # 16) is re-noted for May 27, 2022. Accordingly, under LCR 7, Plaintiff's opposition is due on or before May 23, 2022.

　　DATED this 17th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　／s／ John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　Judge John H. Chun

ORDER GRANTING IN PART PLAINTIFF'S EMERGENCY MOTION FOR
EXTENSION OF TIME UNDER RULE 6(B)(1)(B) – 1