UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALENA KRILEY,

               Plaintiff,

    v.

CHARLIE BROWNE, et al.,

               Defendant.

Case No. C21-1176-JHC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

      Because Plaintiff does not appear to have sufficient resources, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 33, is GRANTED.  The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

      Dated this 7th day of June, 2022.

S. KATE VAUGHAN
United States Magistrate Judge