UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY,<br><br>                            Plaintiff,<br><br>     v.<br><br>CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, and ALL WOMEN'S CARE,<br><br>                           Defendants. | No. 2:21-cv-01176-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS |

This matter comes before the Court on Plaintiff's Motion to Strike Defendants' Rule 12(b)(6) Motion to Dismiss. Dkt. # 32. The Court has reviewed the materials submitted in support of and in opposition to the motion. Plaintiff appears to argue that Defendants' motion to dismiss is improper because it was filed after the due date for their answer. No law supports this position. Nor does the Court see any other legal basis to grant the motion. Accordingly, the Court DENIES the motion to strike.

DATED this 21st day of June, 2022.

_____
Judge John H. Chun