UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | No. 2:21-cv-01176-JHC |
| Plaintiff, | ORDER |
| vs. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Application for Appointment of Pro Bono Counsel. Dkt. # 34. The Court has reviewed the materials submitted in support of and in opposition to the motion. Plaintiff does not present exceptional circumstances warranting relief under 28 U.S.C. §1915(e)(1). Accordingly, the Court DENIES the motion.

DATED this 27th day of June, 2022.

*[signature: John H. Chun]*

Judge John H. Chun

ORDER – 1
CAUSE NO. 2:21-cv-01176