UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE,<br><br>        Defendants. | No. 2:21-cv-01176-JHC<br><br>ORDER DENYING MOTION FOR PROTECTIVE ORDER AGAINST SUBPOENAS OF PLAINTIFF'S HEALTHCARE-MEDICAL RECORDS AND TO QUASH SUBPOENA TO DOMESTIC VIOLENCE AGENCY SARAH'S INN |

This matter comes before the Court on pro se Plaintiff's "Motion for Protective Order Against Subpoenas of Plaintiff's Healthcare–Medical Records and to Quash Subpoena to Domestic Violence Agency Sarah's Inn." Dkt. # 62. The Court has considered the materials submitted in support of, and in opposition to the motion, as well as the balance of the case file and the applicable law. Being fully advised, the Court DENIES the motion as Plaintiff's claims bring the records at issue within the scope of discovery in this matter.[1]

---

[1] That the motion is overlength serves as an independent and alternative basis for denying it. Also, the Court understands that the motion is moot with respect to Sarah's Inn; this ruling does not address discovery from Sarah's Inn.

1   DATED this 21st day of February, 2023.

*John H. Chun*
Judge John H. Chun