UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE,<br><br>    Defendants. | No. 2:21-cv-01176-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's motion for an extension under Federal Rule of Civil Procedure 6(b)(1)(a). Dkt. # 68. The Court has reviewed the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file and the applicable law. The motion was re-noted for March 31, 2023, but it is now fully briefed and ready for consideration. Being fully advised, the Court GRANTS the motion. Plaintiff shall have until April 11, 2023, to serve objections or seek a protective order in connection with the subpoenas at issue.

Dated this 20th day of March, 2023.

*John H. Chun*
Judge John H. Chun
United States District Judge

ORDER – 1
CAUSE NO. 2:21-cv-01176