UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | No. 2:21-cv-01176-JHC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO QUASH |
| vs. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's "Motion to Quash Subpoenas and Notices of Intend [*sic*] to Subpoena Plaintiff's Healthcare-Medical Records." Dkt. # 72. The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file and applicable law. Being fully advised, for the reasons argued by Defendants, the Court DENIES the motion.

DATED this 15th day of May, 2023.

Judge John H. Chun

ORDER DENYING PLAINTIFF'S MOTION TO QUASH– 1
CAUSE NO. 2:21-cv-01176