UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE,<br><br>　　　　　Defendant. | No. 2:21-cv-01176-JHC<br><br>ORDER RE: DEFENDANTS' MOTION TO COMPEL PROVIDER RECORDS PURSUANT TO FRCP 45 AND TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

　　　This matter comes before the Court on Defendants' Charlie Browne, Jamie Phifer and All Women's Care's Motion to Compel Provider Records Pursuant to FRCP 45 and To Continue Trial Date and Pretrial Deadlines.  Dkt. # 77.  The Court has considered the materials filed in support of the motion, pertinent portions of the record, and the applicable law.  Being fully advised, the Court rules as follows:

　　　1.　　　The Court DENIES the motion to compel without prejudice.  If Defendants file another such or similar motion, they must confirm that they have (a) met and conferred with the third parties at issue; and (b) properly served them with the motion.  The Court also reminds

1 | Defendants of the procedures of Federal Rule of Civil Procedure 45, including Rule 45(g) if any
2 | compliance should be required outside this District.
3 |     2.    The Court GRANTS Defendants' request for a trial continuance, which is
4 | unopposed. *See* LCR 7(b)(2). The new trial date is May 20, 2024. The Court DIRECTS the
5 | Clerk to issue a new schedule.
6 |     DATED this 21st day of September, 2023.

John H. Chun
United States District Judge

[ORDER RE: DEFENDANTS' MOTION TO COMPEL PROVIDER RECORDS
PURSUANT TO FRCP 45 AND TO CONTINUE TRIAL DATE AND PRETRIAL
DEADLINES – 2
CAUSE NO. 2:21-cv-01176