UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY,<br><br>                Plaintiff,<br><br>    v.<br><br>CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE,<br><br>                Defendants. | CASE NO. 2:21-cv-01176-JHC<br><br>ORDER |

On December 28, 2023, Plaintiff moved for relief from a deadline to respond to Defendants' motion for approval of *ex parte* communication with her treating physicians, Dkt. # 85. Dkt. # 91. Given the Court's order denying Defendants' motion at Dkt. # 92, the Court STRIKES Plaintiff's motion, Dkt. # 91, as moot.

Dated this 29th day of December, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1