Case 2:21-cv-01176-JHC   Document 108   Filed 03/15/24   Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | No. 2:21-cv-01176-JHC |
| Plaintiff, | ORDER |
| vs. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

This matter comes before the Court on Defendants' Motion to Extend Deadlines. Dkt. # 99. The Court has reviewed the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.

For the reasons argued by Defendants, the Court GRANTS the motion.

Due to the Court's schedule, the Court sets trial for February 3, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order, which should include new deadlines, including a new deadline for disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2).

ORDER – 1
CAUSE NO. 2:21-cv-01176

1   DATED this 15th day of March, 2024.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER – 2
CAUSE NO. 2:21-cv-01176