UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, <br><br> Defendants. | No. 2:21-cv-01176-JHC <br><br> ORDER DENYING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF PRO BONO COUNSEL |

Before the Court is "Plaintiff's 2nd Motion for Appointment of Pro Bono Counsel." Dkt. # 110. The Court has considered the materials filed in support of, and in opposition to, the motion; the rest of the case file; and the applicable law. Being fully advised, for the reasons argued by Defendants (Dkt. # 112), the Court DENIES the motion.

DATED this 22nd day of April, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER DENYING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF
PRO BONO COUNSEL – 1
CAUSE NO. 2:21-cv-01176