UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | CASE NO. 2:21-cv-01176-JHC |
| Plaintiff, | ORDER |
| v. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

This matter comes before the Court on "Plaintiff's Motion Extend Deadline." Dkt. # 117. The Court has considered the materials filed by the parties in connection with the motion, the rest of the file, and the governing law. Being fully advised, the Court sets the trial date in this matter for June 2, 2025. This extends the deadlines for all parties in this matter by approximately four months. The Court DIRECTS the Clerk to issue a case scheduling order with new deadlines, starting with "Disclosure of expert testimony under FRCP 26(a)(2)." The Court is not inclined to grant any more continuances in this matter, which has been pending for almost three years.

/

ORDER - 1

Dated this 22nd day of July, 2024.

John H. Chun
United States District Judge

ORDER - 2