UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | CASE NO. 2:21-cv-01176-JHC |
| Plaintiff, | ORDER |
| v. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

Before the Court is pro se Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion. Dkt. # 137.

Having considered Plaintiff's motion and Defendants' response, the Court GRANTS the motion. Plaintiff has until January 16, 2025, 12:00 P.M. local time to file and serve her opposition to Defendants' Motion for Short Extension of Time to Complete Certain Depositions. Dkt. # 135.

/

/

/

ORDER - 1

Dated this 15th day of January, 2025.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2