UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | CASE NO. 2:21-cv-01176-JHC |
| Plaintiff, | ORDER |
| v. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

Before the Court is Defendants' Motion for Short Extension of Time to Complete Certain Depositions. Dkt. # 135. The Court has reviewed the materials filed relating to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. The Court ORDERS Plaintiff to make herself available for deposition on or before January 31, 2025. The Court RESERVES on Defendants' remaining requests. Dkts. # 135, 141.

As Defendants contend in their Reply, despite Plaintiff's argument "that her health prevents her from responding to Defendants' motions 'or any other filings,'" Dkt. # 141, she has been able to file motions with the Court concerning Defendants' motion. *See* Dkts. #137, 140. Moreover, Plaintiff has submitted no medical information about her purported health issues.

ORDER - 1

For the above reasons, the Court GRANTS Defendants' Motion, Dkt. # 135, and STRIKES Plaintiff's Second Motion for Extension of Time to Respond to Defendants' Motion as moot.  Dkt. # 140.

Dated this 17th day of January, 2025.

John H. Chun
United States District Judge

ORDER - 2