Honorable John H. Chun

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | Case No.: 2:21-cv-01176-JHC |
| Plaintiff, | |
| vs. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | **PLAINTIFF'S 4TH MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT[144]** |
| Defendant | **NOTED FOR CONSIDERATION: APRIL 16, 2025** |
| | **ORAL ARGUMENT REQUESTED EVIDENTIARY HEARING REQUESTED COURT REPORTER REQUESTED** |

This is 4th Plaintiff's Motion for Extension of time to file Opposition to Defendants' Motion for Summary Judgement [144], **under FRCP Rule 6(b)**. Plaintiff's initial due date to file Opposition was February 24, 2025. Previous extensions were requested for the reasons stated in filings [148], [150], [154].

In support of her Motion Plaintiff states as follows:

1. Plaintiff has been sick and tested and diagnosed with Strep A infection twice (on March 20 and March 27, 2025). Please see Notes from a healthcare provider (**Exhibit 1**). Due to sickness,

Plaintiff is not able to write a detailed motion and is asking to take into considerationsp factors listed in [148], [150], [154] applicable to this motion.

2.   Plaintiff is *Pro Se* and has no one to substitute her with. Three Plaintiff's Motion for Appointment of a Counsel were denied.

3.   Despite of it being 4th Motion for Extension of time, Plaintiff's requests were for short extensions and did not cause a significant delay.

4.   Plaintiff has a trial on April 7-8, 2025 in Northern District of Illinois (case 1:22-cv-04832, Kriley v. Kriley).

DECLARATION of ALENA KRILEY:
1.   I, Alena Kriley, declare under penalty of perjury that the facts and circumstances provided by me in this Motion are true and correct and I am competent to testify to those facts and circumstances.
2. Attached hereto are true and correct copies of the following exhibits with reduction of some confidential information:

Exhibit 1: Medical note from Minute Clinic CVS in IL, where I was tested for Strep A and prescribed treatment.

Executed on 03/28/2025.        Signature:                                  Alena Kriley

PRAYER FOR RELIEF:

Plaintiff is respectfully asking for Extension of time to file Opposition to Motion for Summary Judgement by April 16, 2025.

Dated: 03/28/2025                    Signature/s/Alena Kriley
                                     Plaintiff, Pro Se, Alena Kriley
                                     72 Pine ave, #3C
                                     Riverside, IL 60546
                                     Phone: 872-233-7746
                                     e-mail: fransevna@yahoo.com

PLAINTIFF'S 4TH MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT[144] NOTED FOR CONSIDERATION: APRIL 16, 2025ORAL ARGUMENT REQUESTEDEVIDENTIARY HEARING REQUESTEDCOURT REPORTER REQUESTED - 2