# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALENA KRILEY, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER 2:21-cv-01176-JHC |
| v. | |
| CHARLIE BROWNE, JAMIE PHIFER, STAFF MEMBER UNKNOWN NAME, ALL WOMEN'S CARE, | |
| Defendants. | |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment, Dkt. # 144, be GRANTED.  The Court has

DISMISSED Plaintiff's claims with prejudice.

Dated April 1, 2025.

Ravi Subramanian
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk